1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  ELLEN PAPADAKIS, SBN 186621
   THELEN REID & PRIEST
7  101 2nd Street, 18th Floor
   San Francisco, CA 94105
8  Telephone: (415) 371-1200
   Facsimile: (415) 371-1211
9
   Attorneys for Defendants
10

11

12                 UNITED STATES DISTRICT COURT

13                 EASTERN DISTRICT OF CALIFORNIA

14 JAMES SANFORD,                    Case No. CIV.S. 04-1185 DFL CMK
15     Plaintiff,
16     vs.
                                     **REQUEST FOR DISMISSAL AND**
17
                                     **ORDER THEREON**
18 DALE A. MILES DBA SHELL; MENDOZA-
   HARO ENTERPRISES, LLC DBA SHELL;
19 and DOES 1 through 10,
20
       Defendants.
21 _____/
22

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, James Sanford, and defendants, Dale A. Miles dba Shell and Mendoza-Haro Enterprises, LLC dba Shell, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: September 8, 2005          LAW OFFICES OF LYNN HUBBARD, III


/s/ Scottlynn J Hubbard, IV
SCOTTLYNN J HUBBARD, IV
Attorneys for Plaintiff


Dated: September 8, 2005          THELEN REID & PRIEST


Signature On File
ELLEN PAPADAKIS, ESQ.
Attorneys for Defendants


## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1185 DFL CMK, is hereby dismissed with prejudice.

Dated: 9/9/2005

*(signature)*

_____
DAVID F. LEVI
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28